UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIABLE CARRIERS, INC.,

        Plaintiff,                                 Case No. 16-cv-11083
                                                 Hon. Matthew F. Leitman

v.

RELIABLE WORLDWIDE AUTO
TRANSPORT INC.,

        Defendant.

_____/

## ORDER DISMISSING COMPLAINT (ECF #1) WITHOUT PREJUDICE

On March 24, 2016, Plaintiff Reliable Carriers, Inc. ("Plaintiff") filed this action against Defendant Reliable Worldwide Auto Transport Inc. ("Defendant"). (*See* Compl., ECF #1.) On March 25, 2016, the Court issued a summons for Defendant. However, the docket shows that Plaintiff failed to file with the Court a certificate of service establishing that Defendant had been served with the summons and Complaint in this action.

On July 7, 2016, the Court entered an Order requiring Plaintiff to show cause in writing no later than July 21, 2016, why this action should not be dismissed for failure to prosecute under Local Rule 41.2 (the "Show-Cause Order"). (*See* ECF #5.) The Show-Cause Order explicitly stated that Plaintiff's

1

"[f]ailure to respond may result in dismissal of the case." (*Id.*) Nonetheless, Plaintiff never responded to the Show-Cause Order.

Accordingly, **IT IS HEREBY ORDERED** that the Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 2, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113